## FIDELITY AND CASUALTY COMPANY OF NEW YORK *v.* JASPER VENEER MILLS ET AL.

[No. 23,272.　Filed November 23, 1917.]

From Pike Circuit Court; *John L. Bretz,* Judge.

Action by the Fidelity and Casualty Company of New York against the Jasper Veneer Mills and others. From a judgment

Fidelity, etc., Co. *v.* Jasper Veneer Mills—186 Ind. 703.

for defendants, the plaintiff appeals. (Transferred from the Appellate Court under §1405 Burns 1914, Acts 1901 p. 590.) *Affirmed.*

Albert N. Funkhouser, Arthur F. Funkhouser and Robert D. Markel, for appellant.

R. M. Milburn and Bomar Traylor, for appellee.

SPENCER, C. J.—The questions here presented are identical with those decided in *Fidelity and Casualty Co.* v. *Jasper Furniture Co., ante* 566, 117 N. E. 258, decided October 11, 1917, and on the authority of that decision the judgment in this case is affirmed.